Nelson A. Mancia, Zelma G. Mancia, Nelson M. Mancia
9354 Otto Street
Downey, California 90240

Pro-per

**FILED**
Oct 08 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ GloriaVocal   DEPUTY

# UNITED STATES DISTRICT COURT,
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDWOOD HOLDINGS, LLC <br><br> Plaintiff, <br><br> vs. <br> Nelson A. Mancia, Zelma G. Mancia, Nelson M. Mancia, and DOES 1 to 10, INCLUSIVE, <br><br> Defendants. | Case No.: **'24CV1806 LL   MSB** <br><br> **NOTICE OF REMOVAL - FEDERAL QUESTION** |

TO THE HONORABLE UNITED STATES DISTRICT COURT, THE CHIEF JUDGE, AND MAGISTRATE JUDGES OF THE COURT, THE CLERK OF THE COURT, AND ALL PARTIES AND COUNSEL ENTITLED TO NOTICE: Pursuant to: 28 U.S.C. §§ 1331, 1441(a) and 1446, Defendants Nelson Mancia, Zelma G. Mancia and Nelson M. Mancia, "Defendants" filed this Notice of Removal of this case from the Superior Court of County of Los Angeles, to the United States District Court for the Southern District of California.
In support of this Notice, Defendants each state as follows:

### Case Background and Foundation for Removal

The Defendants, Nelson A. Mancia, Zelma G. Mancia and

[Summary of pleading] - 1

Nelson M. Mancia who are leasing the Property located at 9354 Otto Street in Downey, CA 90240 from POPULAR FUNDING AND REAL ESTATE, INC.

REDWOOD HOLDINGS, LLC. commenced an action in the Superior Court of California, County of Los Angeles, Los Angeles Courthouse, against Defendants, Nelson A. Mancia, Zelma G. Mancia, Nelson M. Mancia under case no. 24NWUD01217.

Plaintiff's Complaint seeks judgment against Defendants for possession of certain real property commonly known as 9354 Otto Street, Downey, CA 90240, ("the Property"). Copies of the Summons and Complaint are attached to this Notice and collectively incorporated herein by reference as Exhibit A

1. Defendants filed the Demurrer to the Complaint. The Demurrer denies that Plaintiff is entitled to possession of the Property. A copy of the Demurrer is attached to this Notice an incorporated herein by reference as Exhibit B.

2. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331. Further, this matter is one that may be removed to this Court pursuant to 28 U.S.C. § 1441 because it is a civil action arising under federal law and in which a federal statute is drawn in controversy.

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) under Federal Question.

4. Plaintiff is a Limited Liability Company, authorized to do business within the state of California.

5. Defendants represented by Nelson Mancia are individuals and residents of San Diego County, and Los Angeles County, California. All Defendants who have been served consent and

Concur to this removal notice.

6. Plaintiff's claim is based upon a notice which expressly references and incorporates the "Protecting Tenants at Foreclosure Act of 2009," 12 U.S.C. § 5201. Further, this statute is draw in controversy in this action because the federal statute provides for a ninety (90) day notice period prior to the filing of any state eviction proceeding; Defendants assert and allege that Plaintiff did not allow the ninety day period to lapse before filing their claim.

**Other Issues:**

7. This Notice of Removal is timely filed. 28 U.S.C. § 1446(b).

8. This Notice of Removal has been served on Plaintiff's counsel.

9. Notice of Filing of Notice of Removal to Federal Court will be filed in the Superior Court of California, County of Los Angeles Courthouse as soon as practicable and proof of such filing will be filed with this Court.

**Conclusion:**

Because there is a federal question in which a statute of the United States is drawn in controversy in Plaintiff's claim, this Court has jurisdiction over Plaintiff's claim and Defendant is entitled to remove this case to this Court.

Dated: October 8, 2024

Respectfully submitted, _____

Nelson Mancia       Zelma G. Mancia        Nelson M. Mancia

[Summary of pleading] - 3