1  SAM CHANDRA (# 203942)
   LAW OFFICES OF SAM CHANDRA, APC
2  710 S. MYRTLE AVE., # 600
   MONROVIA, CA 91016
3  P: (626) 305-0555
   E: Fax@Chandra-law.com
4
   ATTORNEYS FOR PLAINTIFF
5

6

7            SUPERIOR COURT FOR THE STATE OF CALIFORNIA

8            COUNTY OF LOS ANGELES, SOUTHEAST DISTRICT

9

10  REDWOOD HOLDINGS, LLC,              )  Case No.  24NWUD01217
                                        )
11              Plaintiff,              )
                                        )  COMPLAINT FOR UNLAWFUL
12     vs.                              )  DETAINER
                                        )
13                                      )  Action based on Code of Civil Procedure
    NELSON A MANCIA; NELSON M           )  Section § 1161a
14  MANCIA; ZULMA G MANCIA              )
                                        )  LIMITED CIVIL
15  and Does 1 to 10,                   )  DEMAND EXCEEDS $10,000
                                        )  DEMAND DOES NOT EXCEED $35,000
16                                      )
                                        )
17              Defendants.             )

18  _____

19  Plaintiff alleges as follows:

20  1.  Plaintiff is a Limited Liability Co.

21  2.  Plaintiff alleges a cause of action against the following person(s) hereinafter "Defendants" for

22      Unlawful Detainer: Nelson A Mancia; Nelson M Mancia; Zulma G Mancia.

23  3.  The true names or capacities, whether individual, corporate, associate, or otherwise, of

24      Defendant(s) DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said

25      Defendants by such fictitious names. Plaintiff is informed and believes and on such information

26      and belief alleges, that each of the Defendant(s) designated herein as DOE was legally

27

28
    _____
                        1
            COMPLAINT: UNLAWFUL DETAINER

Electronically FILED by
Superior Court of California,
County of Los Angeles
6/17/2024 4:31 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By M. Ramirez, Deputy Clerk

24NWUD01217

responsible in some manner for the events and happenings herein referred to and legally caused damages approximately thereby to Plaintiff as herein alleged.

4. On 11/14/2023, Plaintiff became the owner of real property by purchasing said property at a foreclosure sale. Title under this sale has been duly perfected. Said foreclosure sale and all preceding notices and actions were done in compliance with CC 2924 et. seq.

5. Title under this sale has been duly perfected.

6. Pursuant to the recitation contained within the Trustee's Deed Upon Sale, the foreclosure sale was conducted in accordance with CC §2924 et seq. Said Deed is attached as Exhibit 1 and incorporated herein by reference.

7. The Real Property as stated above bears the APN number of: 6390016014.

8. The Real Property as stated above is located at: 9354 Otto Street, Downey, CA 90240.

9. No landlord/tenant relationship exists between the purchaser and the Defendants.

10. Since the date of sale, and continuing to present, Defendants have occupied said premises without the consent or authorization of the purchaser.

11. Defendants' title, if any, to said premises, that existed prior to the date of sale, was extinguished by said sale.

12. On December 15, 2023, Plaintiff caused to be served on the Defendant(s) a written notice in compliance with the Code of Civil Procedure, Section 1161a et seq., requiring and demanding, generally speaking, that the former owner vacate within 3 days and that any tenants vacate within 90 days (the exact demand is as stated in the attached notice). Said Notice and proof of service are attached jointly as Exhibit 2 and incorporated herein by reference.

13. On December 20, 2023, Plaintiff filed case number 23NWUD02744 as against Popular Funding and Real Estate, Inc, the borrower on the foreclosed deed of trust. Nelson A Mancia joined that case by filing a Prejudgment Claim of right of possession on 12/28/2023.

14. In case number 23NWUD02744 all the within named Defendants entered into a stipulation to vacate the premises no later than June 3, 2024. Nelson A Mancia entered into the stipulation as a party to case number 23NWUD02744. Nelson M Mancia; Zulma G Mancia executed the

2
COMPLAINT: UNLAWFUL DETAINER

24NWUD01217

agreement and agreed to be contractually bound. The stipulation is attached as Exhibit 3 and incorporated herein by reference.

15. Defendants failed to vacate per the terms of the stipulation. Defendants failed to vacate in violation of the 90 day notice.

16. The reasonable rental rate of the premises is $ 4,731.00. The daily rate based upon a 30 day month is $157.70.

17. Plaintiff is being damaged by the detention of this property in the sum of not less than $157.70, per day for the use and occupancy of said premises, and will continue to sustain damages at said rate for so long as Defendants remain in possession of the premises.

18. Plaintiff has not received any rents or other compensation from the Defendants.

19. The Defendant(s) hold-over and continue in possession of the premises. Said hold-over and continued possession is willful, intentional, deliberate, and without permission or consent of Plaintiff. Plaintiff is entitled to immediate possession of the premises.

20. The premises are located in the above-entitled judicial district.

21. Defendants have had the use and enjoyment the premises, at the detriment of Plaintiff from the date of the service the notice through today and will continue to enjoy the same through the date of entry of judgment or the date Plaintiff is finally able to recover possession of the premises. Defendant are violating California law and are guilty of Unlawful Detainer.

WHEREFORE, Plaintiff prays against Defendant(s), and each of them, as follows:

1.    For restitution and possession of the premises;

2.    For damages in the amount of $157.70 per day or as allowed by law from March 15, 2024 to the date of entry of judgment, or recovery of possession of the premises;

3.    For Plaintiff's costs of suit;

4.    For such other and further relief as the Court may deem just and proper.
Executed June 14, 2024

Sam Chandra, Esq
Attorney for Plaintiff

3
COMPLAINT: UNLAWFUL DETAINER

EXHIBIT LIST:

1.    Trustee's Deed Upon Sale

2.    Notice to Quit with attached Proof of Service.

3.    Stipulation executed by the parties

COMPLAINT: UNLAWFUL DETAINER

MC-0:

| SHORT TITLE: | CASE NUMBER: |
|---|---|

**ATTACHMENT** *(Number):*
*(This Attachment may be used with any Judicial Council form.)*

Page 1 of 1
*(Add pages as required.)*

## VERIFICATION of the Complaint:

I am:

[ ] the Plaintiff;

[ ] an Officer of the Plaintiff in this action, and am authorized to make this verification for and on its behalf.

[ ] a partner of the Plaintiff in this action, and am authorized to make this verification for and on its behalf.

[X] an agent of the Plaintiff in this action, and am authorized to make this verification for and on its behalf. The matters stated in the forgoing document are true of my own knowledge except as to those matters stated on information and belief, and as to those matters I believe them to be true. I am the person most knowledgeable for the matters contained within the complaint and for that reason I make this verification.

I request that a facsimile whether by traditional fax or by "scan and e-fax or e-mail" be accepted as an original pursuant to CRC 2.305(d).

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct. Executed in Redondo Beach , California. Pursuant to Code of Civil Procedure, Sections 2015.5 and 396a.

| Olivia Reyes | 06/14/24 | |
|---|---|---|
| (Name, printed or typed) | (Date) | (Signature) |

Pursuant to Evidence Code, § 1521 and Calif. Rules of Court, Rule 2.305(d), a signature hereon, in any, produced by facsimile transmission is admissible as an original.

Declaration of Attorney re Verification: My client has indicated to me that they are unable to proceed to my office to deliver a "wet ink signature", as such this document is either a faxed copy of the original or a scanned and e-mailed copy of the original. I request the court to accept it as an original per CRC 2.305(d).

Sam Chandra   06/14/24

Notice: This office often acts as a Debt Collector, any information provided will be used for this purpose.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [New July 1, 2002]

**ATTACHMENT**
to Judicial Council Form

Cal. Rules of Court, rule 982



This page is part of your document - DO NOT DISCARD



**20230848010**



Pages:
0006

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**12/06/23 AT 09:49AM**

| | |
|---|---|
| FEES: | 27.00 |
| TAXES: | 1,387.65 |
| OTHER: | 0.00 |
| PAID: | 1,414.65 |






LEADSHEET



202312060290021

00024025935


014427669

SEQ:
01

SECURE - Daily





THIS FORM IS NOT TO BE DUPLICATED


55841-WS

Exhibit "1"

# FOR REFERENCE ONLY: 20230848010

RECORDING REQUESTED BY:

Redwood Holdings, LLC

**WHEN RECORDED MAIL TO:**

NAME

MAILING ADDRESS

REDWOOD HOLDINGS, LLC
2015 MANHATTAN BEACH BLVD,
STE 100
REDONDO BEACH, CA 90278

CITY, STATE and ZIP CODE

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

## TITLE(S)

### TRUSTEE'S DEED UPON SALE

6015 rev 20171220

Recording requested by:
Redwood Holdings, LLC
When recorded mail to:

Redwood Holdings, LLC
2015 Manhattan Beach Blvd., #100
Redondo Beach, CA 90278

Forward tax statements to the address given above

---

Space above th: line for recorder's use only
Trustee Sale No. F23-00044    Loan No. 6723104415 / 7240956537    Title Order No. 05948166

# Trustee's Deed Upon Sale

APN 6390-016-014

### THIS TRANSACTION IS NOT SUBJECT TO THE CIVIL CODE SECTION
2924M(D) AFFIDAVIT REQUIREMENT

The undersigned grantor declares:
1) The Grantee herein WAS NOT the foreclosing beneficiary.
2) The amount of the unpaid debt together with costs was:.................................... $1,261,153.00
3) The amount paid by the grantee at the trustee sale was:................................... $1,261,153.01
4) The documentary transfer tax is:...................................................................... $ 1,387.85
5) Said property is in the City of Downey, County of Los Angeles

Assured Lender Services, Inc., as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to

**Redwood Holdings, LLC**

(herein called Grantee), but without covenant or warranty, expressed or implied, all right, title, and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of Los Angeles, State of California, described as follows.

**See Attached Exhibit "A"**

RECITALS:

This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust, Security Agreement, Assignment of Leases, Rents, and Profits, and Fixture Filing dated **05/23/2022** (the "Deed of Trust"), executed by **POPULAR FUNDING AND REAL ESTATE, INC., a California corporation**, as Trustor, **recorded on 05/27/2022 as Document No. 20220573552**, Official Records in the Office of the Recorder of **Los Angeles** County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell Under Deed of Trust, Security Agreement, Assignment of Leases, Rents, and Profits, and Fixture Filing (the "Notice of Default") which was recorded in the office of the Recorder of said County, and such default still existed at the time of sale.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of Trustee's Sale have been complied with.

1

Trustee Sale No. F23-00044
Loan No. 6723104415 / 7240956537
Title Order No. 05948166

## Exhibit "A"
## Legal Description

THE NORTHWESTERLY 80 FEET (MEASURED ALONG THE SOUTHWESTERLY LINE) OF THAT PORTION OF LOT 4 OF THE PARTITION AMONG THE HEIRS OF MAHALA ANN MAYES, IN THE RANCHO SANTA GERTRUDES, IN THE CITY OF DOWNEY, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1138 PAGE 310 OF DEEDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE SOUTHWESTERLY LINE OF OTTO STREET AND THE NORTHWESTERLY LINE OF DOWNEY & SANFORD BRIDGE ROAD, AS SAID STREET AND ROAD ARE SHOWN ON THE MAP OF TRACT NO. 17493, IN THE SAID CITY, COUNTY AND STATE, AS PER MAP RECORDED IN BOOK 477 PAGES 23 AND 25 INCLUSIVE OF MAPS, RECORDS OF SAID COUNTY; THENCE NORTH 58° 39' 00" WEST ALONG SAID OTTO STREET, A DISTANCE OF 200.00 FEET; THENCE SOUTH 31° 19' 55" WEST, TO A POINT ON A LINE, WHICH IF PROLONGED WOULD PASS THROUGH A POINT IN THE SOUTHWESTERLY LINE OF SAID LOT 4, DISTANT NORTH 58° 39' 00" WEST, THEREON 200.00 FEET FROM THE MOST SOUTHERLY CORNER OF SAID LOT 4, SAID ABOVE FIRST MENTIONED POINT BEING DISTANT NORTH 31° 19' 55" EAST, THEREON 90.00 FEET FROM SAID SOUTHWESTERLY LOT LINE; THENCE SOUTH 58° 39' 00" EAST, 200.00 FEET TO A POINT IN THE SOUTHWESTERLY LINE OF SAID LOT, THAT IS DISTANT THEREON SOUTH 31° 19' 55" WEST, 135.00 FEET FROM THE TRUE POINT OF BEGINNING; THENCE NORTH 31° 19' 55", EAST ALONG THE SOUTHEASTERLY LOT LINE, 135.00 FEET TO SAID POINT OF BEGINNING.

ASSESSOR'S PARCEL NUMBER: 6390-016-014

3

Trustee Sale No. F23-00044
Loan No. 6723104415 / 7240956537
Title Order No. 05948166

# Exhibit "A"
## Legal Description

THE NORTHWESTERLY 80 FEET (MEASURED ALONG THE SOUTHWESTERLY LINE) OF THAT PORTION OF LOT 4 OF THE PARTITION AMONG THE HEIRS OF MAHALA ANN MAYES, IN THE RANCHO SANTA GERTRUDES, IN THE CITY OF DOWNEY, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1138 PAGE 310 OF DEEDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE SOUTHWESTERLY LINE OF OTTO STREET AND THE NORTHWESTERLY LINE OF DOWNEY & SANFORD BRIDGE ROAD, AS SAID STREET AND ROAD ARE SHOWN ON THE MAP OF TRACT NO. 17493, IN THE SAID CITY, COUNTY AND STATE, AS PER MAP RECORDED IN BOOK 477 PAGES 23 AND 25 INCLUSIVE OF MAPS, RECORDS OF SAID COUNTY; THENCE NORTH 58° 39' 00" WEST ALONG SAID OTTO STREET, A DISTANCE OF 200.00 FEET; THENCE SOUTH 31° 19' 55" WEST, TO A POINT ON A LINE, WHICH IF PROLONGED WOULD PASS THROUGH A POINT IN THE SOUTHWESTERLY LINE OF SAID LOT 4, DISTANT NORTH 58° 39' 00" WEST, THEREON 200.00 FEET FROM THE MOST SOUTHERLY CORNER OF SAID LOT 4, SAID ABOVE FIRST MENTIONED POINT BEING DISTANT NORTH 31° 19' 55" EAST, THEREON 90.00 FEET FROM SAID SOUTHWESTERLY LOT LINE; THENCE SOUTH 58° 39' 00" EAST, 200.00 FEET TO A POINT IN THE SOUTHWESTERLY LINE OF SAID LOT, THAT IS DISTANT THEREON SOUTH 31° 19' 55" WEST, 135.00 FEET FROM THE TRUE POINT OF BEGINNING; THENCE NORTH 31° 19' 55", EAST ALONG THE SOUTHEASTERLY LOT LINE, 135.00 FEET TO SAID POINT OF BEGINNING.

ASSESSOR'S PARCEL NUMBER: 6390-016-014

3

Exhibit "2"

Trustee Sale No. F23-00044
Loan No. 6723104415 / 7240956537
Title Order No. 05948166

## Exhibit "B"

All equipment, fixtures, and other articles of personal property now or hereafter owned by Trustor, and now or hereafter attached or affixed to the Real Property; together with all accessions, parts, and additions to, all replacements of, and all substitutions for, any such property; and together with all proceeds (including without limitation all insurance proceeds and refunds of premiums) from any sale or disposition of the Property.

4

## NOTICE RE: FORECLOSURE SALE &
## INTENT TO INITIATE LEGAL PROCEEDINGS

December 14, 2023
TO: Popular Funding and Real Estate Inc., Nelson Mancia, and ALL
OCCUPANTS
RE: 9354 Otto Street, Downey, California 90240

The Property listed above has been sold in foreclosure and the present owner may
be initiating eviction proceedings to obtain possession of the Property.

You should consult with a lawyer.

In a few days, certain eviction papers—including notices and court filings in
unlawful detainer proceedings—may be posted at the Property, or you may be
served with such eviction papers.

You may have the right to stay in your home for 90 days or longer, regardless of
any deadlines stated on any eviction papers that you receive or that are posted at
the Property.

You may have additional rights or protections under local or state law, including
under "just cause for eviction" laws, and may not have to vacate the Property.

But you must take the proper legal steps to protect your rights. You may lose some
rights if you fail to timely respond to eviction papers served on you or posted at the
property, even if you are not identified by name in those eviction papers.

*How to Get Legal Help*

If you cannot afford an attorney, you may be eligible for free legal services from a
nonprofit legal services program. You can locate these nonprofit groups at the
California Legal Services Internet Web site (www.lawhelpca.org), the California
Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting
your local court or county bar association.

## NOTICE TO QUIT

TO: <u>Popular Funding and Real Estate Inc.</u>
and all other persons and/or entities in possession of the real property commonly known as: <u>9354 Otto Street, Downey California 90240</u> (the "Premises").

1. **NOTICE IS HEREBY GIVEN** that Redwood Holdings, LLC purchased the Premises at OR AFTER a foreclosure sale held pursuant to the power of sale contained in a deed of trust in accordance with California Civil Code § 2924 and that title to the Premises has been duly perfected.

2. Redwood Holdings, LLC is unaware of the status of the occupant(s), and therefore provides notice to quit as provided below.

3. **ALL PERSONS IN POSSESSION**, (excluding those that fall into an exception below), **MUST VACATE WITHIN 3 DAYS. THIS DEMAND IS MADE PURSUANT TO** Cal. Code Civ. Proc. § 1161a(b)(3);

   a. **Exception:** [CCP § 1161b(a)]: If you were at the time of the foreclosure : a tenant or subtenant in possession of a rental housing unit, under a month-to-month lease or periodic tenancy, then you **MUST VACATE WITHIN 90 DAYS.**

   b. **Exception #2. [PTFA]** If you were a Bona Fide Tenant in possession of the premises at the time of the sale, THEN **YOU MUST VACATE WITHIN 90 DAYS;** A tenancy is considered to be Bona Fide only if: (1) the mortgagor or the child, spouse, or parent of the mortgagor under the contract was not the tenant; (2) the lease or tenancy was the result of an arms-length transaction; and (3) the lease or tenancy required the receipt of rent that is not substantially less than fair market rent for the property or the unit's rent is reduced or subsidized due to a Federal, State, or local subsidy.

**YOU ARE REQUIRED** to quit and surrender possession of the Premises or the portion in which you reside to Redwood Holdings, LLC or to the undersigned who is authorized to receive the same. Unless you vacate and deliver possession of the Premises within the time described above, an unlawful detainer (eviction) lawsuit may be filed against you to recover possession of the Premises, all damages (including monies pursuant to Code of Civil Procedure § 1174(b) and any other damages allowed by law), costs and attorneys' fees.

Note: If you (i) have a surviving tenancy that requires the monthly payment of rent, or, (ii) , claim to be exempt from the above because you have a leasehold not deemed void as to subsequent purchasers per CC §1214 and that your lease and occupancy comply with all of the provisions of both State and Federal Laws, or (iii) have a tenancy that is protected under any local or State laws, such as rent control or other eviction control law, please provide a copy of the written lease, and all rent receipts/ proof of tenancy, to Olivia Reyes at 2015 Manhattan Beach Blvd Suite 100, Redondo Beach, CA 90278, (310)640-3070 x 2110.

Note: State law permits former occupants to reclaim abandoned personal property left at the former address of the occupant, subject to certain conditions. You may or may not be able to reclaim property without incurring additional costs, depending on the cost of storing the property and the length of time before it is reclaimed. In general, these costs will be lower the sooner you contact the owner as listed above, after being notified that property belonging to you was left behind after you moved out.

<u>Active Military</u>: If you are active in the United States Military or otherwise entitled to the benefits of the Service members Civil Relief Act (50 U.S.C. App. § 501 *et seq.*), please contact the undersigned immediately. Note, proof of status may be required and reviewed under Federal Law.

If you are in possession of the Premises and your name does not appear on this notice, please contact the undersigned immediately at (310)640-3070 x 2110.

12/14/2023
_____
Date

_____
Olivia Reyes, Authorized Agent of Owner

### NOTICE RE: TENANCY DETERMINATION &
### INTENT TO TAKE LEGAL ACTION

December 14, 2023

To: Popular Funding and Real Estate Inc., Nelson Mancia, and Any Other Occupants

Property Address: 9354 Otto Street, Downey, California 90240 (the "Property")

Property Owner: Redwood Holdings, LLC

To the extent that you claim to be in lawful possession of the Property listed above, the Property Owner has determined that any documents and/or information you provided (or the lack thereof), are not sufficient to establish that you are in lawful possession of the Property under either (1) a valid periodic tenancy that satisfies the conditions of California Code of Civil Procedure section 1161b(ω) or Section 702(b) of the Protecting Tenants at Foreclosure Act of 2009 ("PTFA"), Pub. L. 111–22; or (2) a fixed-term lease that satisfies the conditions of California Code of Civil Procedure Section 1161b(b) or Section 702(b) of the PTFA.

The Property Owner has also determined that the Property is not located within the jurisdiction of a local "just cause" eviction ordinance.

The Property Owner intends to take legal action to obtain exclusive possession of the Property.

YOU HAVE THREE (3) DAYS TO RESPOND TO THIS NOTICE BEFORE AN UNLAWFUL DETAINER ACTION IS FILED.

| Attorney or Party Without Attorney (Name and Address) | | | Telephone No: | FOR COURT USE ONLY |
|---|---|---|---|---|
| SAM CHANDRA, Esq. (SBN 203942) 710 S. Myrtle Avenue, # 600 Monrovia          CA          91016 Attorney For: PLAINTIFF | | | (626)305-0555 | |
| | | | Reference Number: 3835202              28358 | |

| Plaintiff/Petitioner: | Redwood Holdings, LLC | | | | |
|---|---|---|---|---|---|
| Defendant/Respondent: | Popular Funding and Real Estate Inc., et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div.: | Case Number: NOTICE | |

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Foreclosure Notice to Quit; Notice to Tenants Coversheet; Tenancy Determination

On the following occupant(s): Popular Funding and Real Estate Inc.

Address: 9354 Otto Street
         Downey, CA 90240

Date and Time of Service: 12/15/2023 at 08:11am

BY LEAVING a copy for each above-named occupant with:
Person Served:  JOSE M PALENCIA,
Description:    Hsp Male 70s 5'7 150 Gry Hair w/Glasses
Title:         Authorized Agent

a person of suitable age and discretion at the residence or usual place of business of the occupant(s),said occupant(s) being absent thereof, AND MAILING by first-class mail on: 12/15/2023 by depositing said copies in the U.S. Mail in a sealed envelope with postage fully prepaid addressed to: Popular Funding and Real Estate Inc.
                9354 Otto Street
                Downey, CA 90240

7. Person Serving (name, address, and telephone No.):

**Attorney Service of San Dimas**
1407 Foothill Blvd. # 804
La Verne, CA 91750
(909)394-1202 Fax (909)394-1204

Fee for service: $  $65.00
E Ratliff
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  2014334055 CCPS
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/19/2023

_____
(Signature)

| Attorney of Party Without Attorney (Name and Address) | | | | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|---|
| SAM CHANDRA, Esq.  (SBN 203942) 710 S. Myrtle Avenue, # 600 | | | | Telephone No.: (626) 305-0555 | | |
| Monrovia                         CA            91016 Attorney For: PLAINTIFF | | | | Reference Number: 3835233                          29358 | | |

| Plaintiff/Petitioner: | Redwood Holdings, LLC | | | | |
|---|---|---|---|---|---|
| Defendant/Respondent: | Popular Funding and Real Estate Inc., et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: **NOTICE** |

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Foreclosure Notice to Quit; Notice to Tenants Coversheet; Tenancy Determination

On the following occupant(s): All Occupants in Care of the Named Tenant

Address: 9354 Otto Street
         Downey, CA 90240

Date and Time of Service: 12/15/2023 at 08:11am

BY LEAVING a copy for each above-named occupant with:
Person Served:   JOSE M PALENCIA,
Description:     Hsp Male 70s 5'7 150 Gry Hair w/Glasses
Title:           Person In Charge

a person of suitable age and discretion at the residence or usual place of business of the occupant(s), said occupant(s) being absent thereof, AND MAILING by first-class mail on: 12/15/2023 by depositing said copies in the U.S. Mail in a sealed envelope with postage fully prepaid addressed to: All Occupants in Care of the Named Tenant
                 9354 Otto Street
                 Downey, CA 90240

7. Person Serving (name, address, and telephone No.):

**Attorney Service of San Dimas**
1407 Foothill Blvd. # 804
La Verne, CA 91750
(909) 394-1202  Fax (909) 394-1204

Fee for service: $  $0.00
E Ratliff
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  2014334055 CCPS
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/19/2023

(Signature)

Exhibit "3"

LAW OFFICES OF SAM CHANDRA, APC
SAM CHANDRA (SBN 203942)
LUKE SINKINSON (SBN 308612)
710 S. MYRTLE AVE., # 600
MONROVIA, CA 91016
P: (626)305-0555;
F: (626)305-0556
Email: fax@chandra-law.com

Attorneys for Plaintiff, REDWOOD HOLDINGS, LLC

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES,

| | |
|---|---|
| REDWOOD HOLDINGS, LLC, | Case No.   23NWUD02744 |
| Plaintiff, | STIPULATION & JUDGMENT |
| vs. | |
| POPULAR FUNDING AND REAL ESTATE, INC, et al | |
| and Does 1 to 10 INCLUSIVE, | |
| Defendants. | |

Whereas, Plaintiff filed this action to recover possession and damages for the premises located at 9354 Otto Street, Downey, CA 90240 (hereinafter "Premises".)

Whereas this action was filed against Popular Funding and Real Estate, Inc;

Whereas Nelson A Mancia added himself to this case by filing a Claim of right to possession;

Whereas Zulma G Mancia & Nelson M Mancia have not appeared in this action;  So long as they are in compliance they will not be added to this case.  They agree to be contractually bound to this agreement that is being filed, but they will not become parties at this time;

I
STIPULATION & JUDGMENT

Whereas Popular Funding and Real Estate, Inc caused this case to be removed into Federal Court through its attorney John Kenneth Baker, the parties have stipulated in Federal Court that the case be remanded to State Court and this stipulation will only be filed in State Court once the order of remand is entered;

For the purpose of drafting, Popular Funding and Real Estate, Inc; Nelson A Mancia; Zulma G Mancia & Nelson M Mancia shall be referred to as "Defendants".

Whereas the Plaintiff and the Defendants (hereinafter "Parties") agree as follows:

1. Defendants, wish to relocate and have requested additional time.

2. Judgment is entered for Plaintiff, REDWOOD HOLDINGS, LLC, and against Defendants Popular Funding and Real Estate, Inc; Nelson A Mancia, for:

   a. Possession of the Premises located at: 9354 Otto Street, Downey, CA 90240.

   b. A writ of possession shall enter forthwith, but no final lockout to occur prior to June 4, 2024.

3. Defendants shall vacate the Premises by June 3, 2024 at 9:00 am, (time is of the essence) delivering all keys removing all persons and delivering exclusive possession of the Premises, leaving the Premises in broom clean[1] condition and without causing any intentional or negligent damage to the Premises, leaving all fixtures undisturbed. This includes but is not limited to leaving the building, any garage, storage structure, and / or yard or common areas free of all personal property, abandoned items and debris or trash. Plaintiff's agent will meet the Defendants at the premises at the above time and location to receive keys and possession.

4. Defendants shall not be deemed to have complied with all terms until the Premises, any related parking space, garage, any storage space and all other areas within the property lines of the Premises have been left vacant of all persons and personal possession (including any trash debris or other materials) and in a clean broom-swept condition with all fixtures and kitchen appliances remaining. Any personal property remaining in the Premises (in addition to being a breach of this agreement) shall be deemed as trash and may be disposed of without any further notice or delay, regardless of value.

5. Defendants represent that the below signatories to this Stipulation are the only persons or entity currently occupying and in possession of the Premises (except minor children), and

---

[1] "Broom Clean" is defined as: undamaged, free and clear of garbage, furniture and other personal property. The fixtures and utilities must remain intact in the Property, including without limitation, sinks, toilets, utility lines, telephone lines and gas lines.

that no other person or other entity is in possession of the Premises or claims or, to the knowledge of Defendant and Defendant's agents, has any basis or intention to claim any right to possession thereof. Defendants hereby represent that they lawfully entered into possession of the premises either as a former owner or as a guest of a former owner and with specific invitation and permission to enter.    As long as Defendant is in possession, no challenge shall be made to the judgment and Defendants hereby waive any stay of enforcement that may be created by any type of filing or petition.  No security deposit collected by plaintiff.  No security deposit refund or accounting to be issued.  Defendants acknowledge that the Premises was sold through a valid foreclosure sale, title was validly transferred to Redwood Holdings, LLC, and Redwood Holdings, LLC is entitled to possession of the Premises.

6. Defendants, on behalf of themselves, as well as on behalf of each of their agents, employees, servants, successors, executors, administrators, attorneys, heirs and assigns, if any, hereby forever releases, acquits, and discharges Plaintiff, as well as each of Plaintiff's past, present and future officers, directors, agents, employees, servants, successors, attorneys, assigns, insurers, parent corporations, and subsidiaries, if any, from any and all claims, demands, actions, defenses, liabilities, obligations, or indebtedness, of every type, kind, nature, description or character, whatsoever, whether in law or in equity, whether contractual, common law, statutory, federal, state, or otherwise, whether liquidated or unliquidated, each as though fully set forth herein at length, which the Defendants have, ever had, or hereafter may have or claim to have, by reason of, arising out of, connected with or related to the Premises, their occupancy, or any foreclosure sale, or transfer of title.

7. This Stipulation may be executed in any number of counter parts, each of which shall be deemed an original, but all of which together shall constitute one instrument. The parties agree that a facsimile signature shall be treated in all respects as having the same force and effect as an original signature.

8. The Parties represent and warrant that: (a) they have had the right and opportunity to consult with an attorney licensed to practice in the State of California as to their respective rights and obligations under this Settlement Agreement, in connection with the negotiation, preparation, analysis, and execution of this Settlement Agreement; (b) they are sufficiently capable of understanding their rights and obligations under this Settlement Agreement; (c) they are aware of the content of this Settlement Agreement;

3
STIPULATION & JUDGMENT

and (d) they fully understand the terms of the Settlement Agreement and have willingly consented to those terms.

9. This agreement shall represent the entire understanding and agreement between the Parties regarding the subject matter hereof, and may be amended only by a written instrument signed by the Parties and their attorney of record if any. The Parties hereto acknowledge and agree that no representations, express or implied, have been made or relied on in executing and agreeing to be bound by this agreement, except as specifically set forth herein. Defendants hereby recognize and acknowledge that there shall be no extension of any agreed to dates. This agreement may not be altered by any oral agreement and any change of any term shall require an agreement in writing signed by all parties and their attorneys (if any.)⁴

10. No undersigned Defendant or occupant is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 et seq).

11. Plaintiff will stipulate to entry of an order barring access to the court record pursuant to CCP §1161.2 provided that Defendant(s) does not breach the material terms of this agreement. Upon Defendant's request Plaintiff will provide a stipulation and order to seal this case that Defendant(s) can file at Defendant's option.

THE UNDERSIGNED PERSONS ARE NOT NAMED PARTIES IN THIS ACTION AND AS LONG AS THEY ARE IN COMPLIANCE, THEY WILL NOT BE ADDED TO THIS ACTION, BUT AS THEY ARE IN POSSESSION, THEY HEREBY JOIN IN THIS AGREEMENT AND AGREE TO BE CONTRACTUALLY BOUND BY IT.

Date: 03/09/24

(not named in case) Defendant, Zulma G Mancia

Date: 03/09/24

(not named in case) Defendant, Nelson M Mancia

//
//
//
//
//

4
STIPULATION & JUDGMENT

THE BELOW LISTED PERSONS ARE PARTIES AND HEREBY STIPULATE TO ENTRY OF JUDGMENT PURSUANT TO THE ABOVE STIPULATION.

Date: 3/9/24

**Default Entered January 01, 2024**

Defendant, Popular Funding and Real Estate, Inc;
By: _____ its agent.

Date: 03/09/24

_____
Defendant, Nelson A Mancia

Date: 4/19/24

_____
Agent for Plaintiff, Olivia Reyes

Approved as to Form:

Date: 4/19/24

_____
LAW OFFICES OF SAM CHANDRA
By: Sam Chandra, Esq, Attorney for Plaintiff

GOOD CAUSE APPEARING:

Judgment is entered for Plaintiff, REDWOOD HOLDINGS, LLC, and against Defendants Popular Funding and Real Estate, Inc; Nelson A Mancia, for:

    a.  Possession of the Premises located at: 9354 Otto Street, Downey, CA 90240.

Judgment for possession is entered per CCP § 415.46.

A writ of possession is to issue forthwith, but no lockout prior to June 4, 2024.

This case is to remain masked from public view per CCP §1161.2.

IT IS SO ORDERED:

_____          _____
DATE                              JUDGE / COMMISSIONER

 

**dcba.lacounty.gov**

# Resolve your lawsuit online before your trial date



**Use Online Dispute Resolution from the County of Los Angeles Department of Consumer and Business Affairs. Our mediation services are available at no cost and can help you resolve your case from the comfort of your own home.**

## How We Can Help:

**Efficient and effective:** With Online Dispute Resolution, you are in control, not the courts. You decide whether a settlement is right for you. You save time and money, and avoid the inconvenience of going to Small Claims Court.

**Flexible:** You can select the schedule and type of Online Dispute Resolution that works best for you. You can live chat with a mediator, submit an offer to settle, or participate in a video mediation.

**Experienced:** Our trained mediators are neutral third parties who can help you reach a reasonable settlement.

## How to get started with Online Dispute Resolution:

### Visit our website

dcba.lacounty.gov

### Email us at

mediation@dcba.lacounty.gov

### Or call

(213) 974-0826

2018-SJ-002-01

**FILED**
Superior Court of California
County of Los Angeles

**MAR 05 2018**

Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
Stephanie Chung

1

2

3

4

5

6

7                 **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

8                    **FOR THE COUNTY OF LOS ANGELES**

9

10   In re Los Angeles Superior Court Cases    )    THIRD AMENDED STANDING ORDER

11   Third Amended Standing Order-Limited      )
     Jurisdiction Unlawful Detainer (Eviction)  )
12   (UD) Cases Assigned to Designated District )
     Hub Locations                             )
13                                             )
                                               )
14   Antelope Valley-North                     )
     Chatsworth-North Valley                   )
15   Compton-South Central                     )
     Inglewood-Southwest                       )
16   Long Beach-South                          )
     Norwalk-Southeast                         )
17   Pasadena-Northeast                        )
     Santa Monica-West                         )
18                                             )
     Van Nuys-Northwest                        )
19   West Covina-East                          )

20

21       TO EACH PARTY AND TO THE ATTORNEY OF RECORD FOR EACH PARTY:

22       Pursuant to the California Code of Civil Procedure [CCP], the California Rules of

23   Court [CRC], and the Los Angeles County Court Rules [LASC Rules], the Los Angeles

24   Superior Court ("LASC" or "Court") HEREBY AMENDS AND SUPERSEDES THE SECOND

25   AMENDED STANDING ORDER AND ORDERS AS FOLLOWS:

26   **SERVICE OF THIS ORDER**

27       1.    Each plaintiff is ordered to serve a copy of this Standing Order on each

28   defendant along with copies of the summons and complaint, and to file proof of this service

1

 

**dcba.lacounty.gov**

# Resuelva su demanda por Internet antes de la fecha de su juicio



**Use el servicio virtual de resolución de disputas (Online Dispute Resolution) del Departamento de Servicios Para Consumidores y Negocios del Condado de Los Ángeles. Nuestros servicios son gratuitos y pueden ayudarle a resolver su caso desde la comodidad de su hogar.**

## Podemos ayudarle. Nuestro servicio es:

**Eficiente y Eficaz:** Con el servicio de resolución de disputas, usted está en control, no la corte. Usted decide si está satisfecho con el acuerdo logrado. Este método le puede ahorrar tiempo, dinero y evitarle la inconveniencia de ir a corte.

**Flexible:** Puede utilizar nuestro sistema virtual para seleccionar la fecha y el método más conveniente para usted. También podrá elegir la opción de comunicarse con su mediador por "chat", proponer su propio acuerdo, o participar en sesiones de mediación por videoconferencia.

**Profesional:** Nuestros mediadores están capacitados, son imparciales, y podrán ayudarle en llegar a un acuerdo razonable.

## Como iniciar una resolución con nuestro servicio:

### Visite Nuestra Sitio Web

dcba.lacounty.gov

### Envié un Correo Electrónico

mediation@dcba.lacounty.gov

### O Llame

(213) 974-0826

2018-SJ-002-01

1  as mandated in this Order.

2  **EARLY SETTLEMENT MEETING & MEDIATION OPPORTUNITIES**

3      2.      Each plaintiff is ordered to contact each defendant within ten days of service in

4  good faith to initiate settlement of the action.  Such contact shall be made orally or in writing

5  with the objective of having the case dismissed within 60 days of its filing.  It is the Court's

6  intent that, where possible, every effort should be made to keep settled cases from

7  becoming public as provided in CCP §1161.2(a)(1)(F) and (G).  If the parties agree, the

8  Court will retain jurisdiction to enforce any settlement after dismissal.  [CCP §664.6]

9      3.      The Los Angeles County Department of Consumer Affairs offers mediation

10  services free of charge and mediations may be scheduled prior to trial by telephoning

11  (800) 593-8222 or going on-line at:

12      www.dcba.lacounty.gov/wps/portal/dca/main/home/mediation

13  **SERVICE BY POSTING AND MAILING**

14      4.      Service of the summons and complaint on a named party by posting and

15  mailing may only be done after an order is obtained, based upon an affidavit of due

16  diligence.  [CCP §415.45(a)]  Such an order will not extend to unnamed or unknown

17  occupants.

18  **ADDRESSES AND TELEPHONE NUMBERS**

19      5.      Absent good cause, each party must have an address and telephone number

20  listed on each document filed with the Court.  [CRC 2.111 and 2.118]

21  **LAW AND MOTION**

22      6.      All regularly noticed motions and demurrers will be heard on the court days

23  and at the time and location in the courtroom designated in Paragraph 20.  Hearing dates

24  must be reserved by calling the calendar clerk as set forth in Paragraph 20 or obtaining a

25  date at the time the motion is filed.  All motions should be filed in the rooms designated in

26  Paragraph 20 with respect to each UD Hub location.

27      7.      If not served by personal delivery, the moving party must comply with the time

28  extensions for notice required by CCP §1013.  The motion will not be heard otherwise.

2018-SJ-002-01

1    8.    Absent good cause, motions set on five days' notice should not be personally

2  served on the last day of the week preceding the hearing. [LASC Rule 3.26 and

3  Appendix 3.A(b)(1-4)]

4    9.    A separate statement of undisputed or disputed facts is not required for

5  summary judgment motions. [CCP §437c(s) and §1170.7; CRC 3.1350(c) and 3.1351]

6  However, in cases with multiple parties, complicated evidentiary issues, or intricate legal

7  issues, the Court may continue the hearing and order the parties to file such statements.

8  **EX PARTE APPLICATIONS**

9    10.    Ex parte applications will be heard Monday through Friday and at the times

10  and location in the courtroom designated in Paragraph 20. For ex parte hearings scheduled

11  at 1:30 p.m., all applications must be filed by 11 a.m. in the room listed for the UD Hub in

12  Paragraph 20. For ex parte hearings scheduled at 8:30 a.m., all applications must be filed

13  no later than 8:30 a.m. on the day of the hearing in the room listed for the UD Hub in

14  Paragraph 20. Ex parte applications shall have a separate application, a separate

15  declaration of ex parte notice, and a proposed order. Absent good cause, notice must be

16  given by 10:00 a.m. the day before the hearing as required by CRC 3.1204(c).

17  **JURY TRIAL DEMANDS AND FEES**

18    11.    The right to a jury trial may be deemed waived unless it is timely requested.

19  [CCP §631(f)(4)] If one or more of the parties have demanded a jury trial, jury fees shall be

20  deposited no later than five days before trial. [CCP §631(b) and (c)(1)] Failure to pay the

21  required fee as required by law may result in a waiver of jury trial. [CCP §631(f)(5)]

22    12.    With a timely qualifying fee waiver, the Court may waive juror fees and

23  expenses for those parties. Parties must complete and submit an official Fee Waiver

24  Request Form and Order [Judicial Council Forms FW-001 and FW-003] for consideration to

25  receive these services at no charge.

26  **STIPULATIONS TO CONTINUE TRIAL**

27    13.    A trial will be postponed if all attorneys of record and/or the parties who have

28  appeared in the action stipulate in writing to the postponement. Such stipulated trial

2018-SJ-002-01

1  continuance will not be limited to 30 days.  Stipulations to continue trial must be filed 5 days

2  in advance or an appearance by at least one party will be necessary to continue the trial.

3  **INTERPRETERS AND COURT REPORTERS**

4  　　14.　　The Court will provide an interpreter for parties and witnesses at no charge.

5  　　15.　　Proceedings in Court will not be transcribed by a court reporter unless

6  supplied by a party to the action as permitted by LASC Rule 2.21.

7  **JURY TRIALS AND COURT TRIALS**

8  　　16.　　Parties to an unlawful detainer action must be ready to go to trial on the day of

9  trial.

10  　　Trial readiness-within the meaning of this Standing Order-is the ability to begin trying

11  a case forthwith or as directed by the Court.  Accordingly, parties who appear on the day of

12  trial and are not ready to try their case, or parties who announce "trial-ready" but are not

13  prepared to immediately try a case, are not acting in compliance with this Standing Order,

14  regardless of whether the parties' attorneys are appearing on behalf of other litigants in

15  different actions on the same day.  Misrepresentations of a case's trial readiness on the day

16  of trial is a violation of this Standing Order and may subject the offending party to the

17  imposition of monetary sanctions.

18  　　17.　　On the day of trial, parties shall have a three-ring binder with a table of contents

19  containing conformed copies of each of the following behind a separate tab:

20  　　　　i.　　Copies of the Current Operative Pleadings (including operative complaint

21  　　　　　　and answer);

22  　　　　ii.　　Joint Statement of the Case (if a jury trial);

23  　　　　iii.　　Motions in Limine, if any, which must be drafted in accordance with

24  　　　　　　LASC Rule 3.57 and served and filed;

25  　　　　iv.　　Joint Witness List disclosing the witnesses who will be called, what they

26  　　　　　　will testify to, whether an interpreter is needed, and how long their

27  　　　　　　testimony will take;

28  　　　　v.　　Joint Exhibits in exhibit books, numbered appropriately, and a Joint

4

2018-SJ-002-01

1          Exhibit List; [See LASC Rules 3.52 and 3.53]

2          vi.    Edited Joint Proposed Jury Instructions printed out for the Court (if a jury

3                 trial), and

4          vii.   Edited Joint Proposed Verdict Form(s) printed out for the Court (if a jury

5                 trial).

6   To assist the parties, a UD Jury Trial Readiness packet (LACIV244) is available on the

7   Court's website, at:

8                       www.lacourt.org/forms/unlawfuldetainer

9          18.    If a party fails or refuses to meet and confer, the other party or parties shall

10  prepare and bring to trial the foregoing matters labeled as "[Proposed] Joint Documents."

11         19.    Failure to provide any of the aforementioned documents in this Standing Order

12  on the trial date may cause a delay in the case being assigned to a trial court. Failure to

13  comply with any provision of this Standing Order without substantial justification may result

14  in monetary sanctions.

15  **FILING LOCATIONS AND HEARING TIMES**

16         20.    Filing locations and general information for each District Hub location are set

17  forth below:

18     1.    **ANTELOPE VALLEY COURTHOUSE**

19           Trial Department:  Department A22

20           Law and Motion Heard:  Monday and Wednesday at 8:30 a.m.

21           Ex Parte Applications Heard:  Monday through Friday at 8:30 a.m.

22           Clerk's Office for Filing Documents: 1st Floor, Room 1000

23           Clerk's Office for Filing Law and Motion: 1st Floor, Room 1000

24     2.    **CHATSWORTH COURTHOUSE**

25           Trial Department:  Department F44

26           Law and Motion Heard:  Monday and Wednesday at 8:30 a.m.

27           Ex Parte Applications Heard:  Monday through Friday at 8:30 a.m.

28           Clerk's Office for Filing Documents:  Room 1200

5

THIRD AMENDED STANDING ORDER: UNLAWFUL DETAINER DISTRICT HUBS

2018-SJ-002-01

1    Ex Parte Applications Heard:  Monday through Friday at 1:30 p.m.

2    Clerk's Office for Filing Documents:  Room 102

3    Clerk's Office for Filing Law and Motion:  Room 102

4    **8.    SANTA MONICA COURTHOUSE**

5    Trial Department:  Department S

6    Law and Motion Heard:  Monday through Friday at 8:30 a.m.

7    Ex Parte Applications Heard:  Monday through Friday at 8:30 a.m.

8    Clerk's Office for Filing Documents:  Room 102

9    Clerk's Office for Filing Law and Motion:  Room 102

10    **9.    VAN NUYS COURTHOUSE**

11    Trial Department:  Department H

12    Law and Motion Heard:  Monday through Friday at 1:30 p.m.

13    Ex Parte Applications Heard:  Monday through Friday at 1:30 p.m.

14    Clerk's Office for Filing Documents:  Room 107

15    Clerk's Office for Filing Law and Motion:  Room 107

16    **10.    WEST COVINA COURTHOUSE**

17    Trial Department:  Department 6

18    Law and Motion Heard:  Monday and Wednesday at 8:30 a.m.

19    Ex Parte Applications Heard:  Monday through Friday at 1:30 p.m.

20    Clerk's Office for Filing Documents:  Room 107

21    Clerk's Office for Filing Law and Motion:  Room 107

22    IT IS SO ORDERED.

23

24    DATED: ___*March 5*___, 2018

25    Judge Debre K. Weintraub
      Supervising Judge of Civil

26

27

28

7

2018-SJ-002-01

1    Clerk's Office for Filing Law and Motion:  Room 1200

2    3.    **COMPTON COURTHOUSE**

3    Trial Department:  Department 7

4    Law and Motion Heard:  Monday and Wednesday at 8:30 a.m.

5    Ex Parte Applications Heard:  Monday through Friday at 8:30 a.m.

6    Clerk's Office for Filing Documents:  Room 902

7    Clerk's Office for Filing Law and Motion:  Room 902

8    4.    **INGLEWOOD COURTHOUSE**

9    Trial Department:  Department 8

10   Law and Motion Heard:  Monday and Wednesday at 8:30 a.m.

11   Ex Parte Applications Heard:  Monday through Friday at 1:30 p.m.

12   Clerk's Office for Filing Documents:  Room 630

13   Clerk's Office for Filing Law and Motion:  Room 630

14   5.    **LONG BEACH COURTHOUSE**

15   Trial Department:  Department S13

16   Law and Motion Heard:  Monday and Wednesday at 8:30 a.m.

17   Ex Parte Applications Heard:  Monday through Friday at 8:30 a.m.

18   Clerk's Office for Filing Documents:  Room 1401

19   Clerk's Office for Filing Law and Motion:  Room 1401

20   6.    **NORWALK COURTHOUSE**

21   Trial Department:  Department W

22   Law and Motion Heard:  Monday through Friday at 8:30 a.m.

23   Ex Parte Applications Heard:  Monday through Friday at 8:30 a.m.

24   Clerk's Office for Filing Documents:  Room 101

25   Clerk's Office for Filing Law and Motion:  Room 101

26   7.    **PASADENA COURTHOUSE**

27   Trial Department:  Department A, 4th Floor

28   Law and Motion Heard:  Monday and Wednesday at 8:30 a.m.

6